Case 1:26-cv-04061-LAK-GWG   Document 37   Filed 06/17/26   Page 1 of 7

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-23-26

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

MILWAUKEE ELECTRIC TOOL
CORPORATION,

　　　　　Plaintiff,

v.

AGE GOODS, et al.,

　　　　　Defendants.

Civil Action No. 26-cv-4061

---

## [PROPOSED] PRELIMINARY INJUNCTION ~~ORDER~~ AS TO CERTAIN DEFENDANTS

The Court has considered Plaintiff's Motion ~~To Show Cause As To Why~~ for A Preliminary

Injunction ~~Should Not Issue (the "Motion to Show Cause")~~ and oral arguments made in the hearing.

Based on the papers and other evidence submitted in support of the Motion to Show Cause, and for

good cause shown, the Court makes the following findings of fact and conclusions of law *with respect to the defendants listed on Lines 1-35 of Schedule A hereto ("Served Defendants"):*

## FACTUAL FINDINGS & CONCLUSIONS OF LAW

1. Plaintiff is likely to prevail on its trademark infringement claims at trial.

2. As a result of *Served* Defendants' misconduct, Plaintiff is likely to suffer immediate and

irreparable losses, damages, and injuries:

　　a. *Served* Defendants, without any authorization or license from Plaintiff, have knowingly,

　　　　willfully, and deliberately infringed Trademark Registration Nos. 2,624,843;

　　　　3,159,722; 4,400,602; 4,534,864; 4,580,441; and 4,861,744 (the "MILWAUKEE

　　　　Marks") in connection with the systematic advertisement, distribution, offering

　　　　for sale, and sale of Infringing Products into the United States, including within

　　　　this judicial district of New York, over the Internet through accounts with online

　　　　marketplace platforms including PayPal, Shop Pay, Amazon, Walmart, and

1

Temu, held by Defendants (the "User Account(s)").

b. Plaintiff has well-founded fears that more Infringing Products will appear in the marketplace using the same User Accounts or new and different User Accounts; that consumers may be misled, confused and disappointed by the quality of these Infringing Products, resulting in injury to Plaintiff's reputation and goodwill and, in particular, the reputation and goodwill related to Plaintiff's Milwaukee Marks.

3. On balance, the potential harm to ~~Defendants~~ *Served* of being prevented from continuing to profit from their illegal and infringing activities if a preliminary injunction order is issued is far outweighed by the potential harm to Plaintiff, its business, and the goodwill and reputation built up in and associated with Plaintiff's Milwaukee Marks if a preliminary injunction order is not issued.

4. Service on ~~Defendants~~ *Served* via electronic means ~~is~~ *was* reasonably calculated to result in proper notice to ~~Defendants~~ *Served* and ~~does~~ *did* not violate the Hague Service Convention as ~~Defendants'~~ *Served* addresses are unknown or unverifiable despite Plaintiff's due diligence.

### ORDER

The injunctive relief previously granted in the TRO shall remain in place *as against Served Defendants* through the *auto* pendency of this action, and issuing this Order is warranted under Federal Rule of Civil Procedure 65 and 15 U.S.C. § 1116(a). Based on the foregoing findings of fact and conclusions of law, Plaintiff's Motion ~~to Show Cause~~ is hereby **GRANTED** *as against Served Defendants* and it is **ORDERED** as follows:

1. ~~As sufficient causes have been shown,~~ Defendants *Served* are hereby enjoined and restrained from engaging in any of the following conduct pending the final hearing and determination of this action or until further order of the Court:

a. manufacturing, advertising, offering for sale, selling, distributing,

---

[1] Defendants DOEs 1-35 ~~are subject~~ to this Order. Defendants DOEs 36-107 ("TikTok Defendants") are Excepted ~~from this Order and are indicated as EXCEPTED on the attached Schedule A.~~

Case 1:26-cv-04061-LAK-GWG   Document 37   Filed 06/17/26   Page 3 of 7

destroying, selling off, transferring, or otherwise disposing of any Infringing Products;

b. manufacturing, advertising, offering to sell, selling, reproducing, or distributing any goods utilizing the Plaintiff's Milwaukee Marks, or any confusingly similar goods, other than genuine products manufactured or distributed by Plaintiff or its authorized manufacturers and distributors;

c. destroying, selling off, transferring, or otherwise disposing of any documents, electronically stored information, or financial records or assets of any kind relating to the manufacture, importation, sale, offer for sale, distribution, or transfer of any Infringing Products;

d. using the Plaintiff's Milwaukee Marks on or in connection with any seller *Served* alias that any Defendant may own, operate, or control on any Marketplace;

e. any and all use of the Plaintiff's Milwaukee Marks as metatags, on any webpage (including the title of any web page), in any advertising links to other websites, from search engines' databases or cache memory, or any other form of use of such terms that are visible to a computer user or serves to direct computer searches to Seller Aliases registered, owned or operated *Served* by any Defendant on any Marketplace; and;

f. altering, disabling, closing, or transferring ownership of any seller alias on any Marketplace.

### Expedited Discovery

2. As sufficient cause has been shown, Plaintiff is authorized to conduct expedited discovery, including that:

a. Plaintiff may serve interrogatories and requests for production of documents,

pursuant to Rules 26 and 33, and 34 of the Federal Rules of Civil Procedure as well as Local Civil Rule 33.3 of the Local Rules for the Southern District of New York and Defendants who are served with this Order shall provide written responses under oath to such interrogatories and produce documents requested within seven (7) days of service to Plaintiff's counsel.

### Service by Electronic Mail and/or Electronic Publication

3.      Pursuant to Fed. R. Civ. P. 4(f)(3), as sufficient cause has been shown, that service of this Order and the Summons and Complaint may be made on, and shall be deemed effective as to Defendants ~~and Third Parties~~ if it is completed by the following means:

      a.      Delivery of: (i) PDF copies of this Order together with the Summons and Complaint; (ii) a link to a website where each ^served^ Defendant will be able to download PDF copies of this Order together with the Summons and Complaint, and all papers filed by Plaintiff (the "Link") to ^served^ Defendants' e-mail addresses as provided by the Financial Institutions.

### Security Bond

4.      The $1,500.00 bond posted by Plaintiff shall remain with the Court until a final disposition of this case or until this Order is terminated

### Application to Vacate or Dissolve

5.      Any ^served^ Defendants ~~that are subject to this Order~~ may appear and move to dissolve or modify the Order on two (2) days' notice to Plaintiff or on shorter notice as set by this Court.

Dated: June 23, 2026
Issued at: 11:15 am

_____
HON. LEWIS A KAPLAN
UNITED STATES DISTRICT JUDGE

4

## Schedule A

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 1 | Age Goods | Amazon | A25AIW3WSFEFKQ |
| 2 | beijuo88 | Amazon | A39EDPYBGM8P8Z |
| 3 | Cat tools | Amazon | A3KMZACAZN0YMB |
| 4 | CCZ TOOL-CCL | Amazon | A30X7YNTP8FRPB |
| 5 | CYL11 | Amazon | A3IIO9ZA89PYNE |
| 6 | FCTOOL STORE | Amazon | AJBSNV0D0JTNF |
| 7 | guangzhoumiyunshangmaoyouxiangongsi | Amazon | AY4U1I0SDMVM7 |
| 8 | HCDHCD | Amazon | AC748UWVJCFO2 |
| 9 | hdhfgggh | Amazon | AX58QDQ04O2PP |
| 10 | HSL TOOLS | Amazon | A2VA4GSB1HL0QN |
| 11 | Jacob | Amazon | A1BTZ6MKF40J0X |
| 12 | jiao qi ke ji you xian gong si | Amazon | A1N7CTXWW89EHQ |
| 13 | mei zhou shi qiao mu bai huo you xian gong si | Amazon | A3EMA46T2YP625 |
| 14 | Moon Glory | Amazon | A8RPUYNPEC3TG |
| 15 | Nianfucheng | Amazon | AD37IQOOEP82C |
| 16 | SaiGonRepairHup | Amazon | A146UM9NH3VZYQ |
| 17 | XIAOZE SHOP | Amazon | AYKERNFAYZO3W |
| 18 | XUNDUTRADE | Amazon | A2KL5J9HF4KUSI |
| 19 | zaoir108 | Amazon | A3AHN38AK4GUXB |
| 20 | ZHB11 | Amazon | A3QBB2WQ0228B6 |
| 21 | zhengzhouweiqingshangmaoyouxiangongsi | Amazon | A3FQFW1CDAG46Q |
| 22 | ZHOUKOUQINQINGSHANGMAOYOU XIANGONGSI | Amazon | AMPH2BPXMUV9P |
| 23 | Zyer | Amazon | A3O1TVWJ7A0D83 |
| 24 | ZZTROPP | Amazon | AS86BR80UULT8 |
| 25 | Homecarall | Walmart | 101127817 |
| 26 | Jiabao G | Walmart | 102868308 |
| 27 | LaiNianNian | Walmart | 103062035 |
| 28 | Tom Zhang | Walmart | 102772410 |
| 29 | Ziidong | Walmart | 102905708 |
| 30 | ChengHub | Temu | 634418225486897 |
| 31 | CHousehold items | Temu | 634418225804296 |
| 32 | Foiki Tool set | Temu | 634418226277601 |
| 33 | GUTKSD | Temu | 634418219865463 |
| 34 | Mi Electric Tools | Temu | 634418227583636 |
| 35 | PowerWrench | Temu | 634418227181076 |
| 36 | EXCEPTED | Tiktok | EXCEPTED |
| 37 | EXCEPTED | Tiktok | EXCEPTED |
| 38 | EXCEPTED | Tiktok | EXCEPTED |
| 39 | EXCEPTED | Tiktok | EXCEPTED |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 40 | EXCEPTED | Tiktok | EXCEPTED |
| 41 | EXCEPTED | Tiktok | EXCEPTED |
| 42 | EXCEPTED | Tiktok | EXCEPTED |
| 43 | EXCEPTED | Tiktok | EXCEPTED |
| 44 | EXCEPTED | Tiktok | EXCEPTED |
| 45 | EXCEPTED | Tiktok | EXCEPTED |
| 46 | EXCEPTED | Tiktok | EXCEPTED |
| 47 | EXCEPTED | Tiktok | EXCEPTED |
| 48 | EXCEPTED | Tiktok | EXCEPTED |
| 49 | EXCEPTED | Tiktok | EXCEPTED |
| 50 | EXCEPTED | Tiktok | EXCEPTED |
| 51 | EXCEPTED | Tiktok | EXCEPTED |
| 52 | EXCEPTED | Tiktok | EXCEPTED |
| 53 | EXCEPTED | Tiktok | EXCEPTED |
| 54 | EXCEPTED | Tiktok | EXCEPTED |
| 55 | EXCEPTED | Tiktok | EXCEPTED |
| 56 | EXCEPTED | Tiktok | EXCEPTED |
| 57 | EXCEPTED | Tiktok | EXCEPTED |
| 58 | EXCEPTED | Tiktok | EXCEPTED |
| 59 | EXCEPTED | Tiktok | EXCEPTED |
| 60 | EXCEPTED | Tiktok | EXCEPTED |
| 61 | EXCEPTED | Tiktok | EXCEPTED |
| 62 | EXCEPTED | Tiktok | EXCEPTED |
| 63 | EXCEPTED | Tiktok | EXCEPTED |
| 64 | EXCEPTED | Tiktok | EXCEPTED |
| 65 | EXCEPTED | Tiktok | EXCEPTED |
| 66 | EXCEPTED | Tiktok | EXCEPTED |
| 67 | EXCEPTED | Tiktok | EXCEPTED |
| 68 | EXCEPTED | Tiktok | EXCEPTED |
| 69 | EXCEPTED | Tiktok | EXCEPTED |
| 70 | EXCEPTED | Tiktok | EXCEPTED |
| 71 | EXCEPTED | Tiktok | EXCEPTED |
| 72 | EXCEPTED | Tiktok | EXCEPTED |
| 73 | EXCEPTED | Tiktok | EXCEPTED |
| 74 | EXCEPTED | Tiktok | EXCEPTED |
| 75 | EXCEPTED | Tiktok | EXCEPTED |
| 76 | EXCEPTED | Tiktok | EXCEPTED |
| 77 | EXCEPTED | Tiktok | EXCEPTED |
| 78 | EXCEPTED | Tiktok | EXCEPTED |
| 79 | EXCEPTED | Tiktok | EXCEPTED |
| 80 | EXCEPTED | Tiktok | EXCEPTED |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 81 | EXCEPTED | Tiktok | EXCEPTED |
| 82 | EXCEPTED | Tiktok | EXCEPTED |
| 83 | EXCEPTED | Tiktok | EXCEPTED |
| 84 | EXCEPTED | Tiktok | EXCEPTED |
| 85 | EXCEPTED | Tiktok | EXCEPTED |
| 86 | EXCEPTED | Tiktok | EXCEPTED |
| 87 | EXCEPTED | Tiktok | EXCEPTED |
| 88 | EXCEPTED | Tiktok | EXCEPTED |
| 89 | EXCEPTED | Tiktok | EXCEPTED |
| 90 | EXCEPTED | Tiktok | EXCEPTED |
| 91 | EXCEPTED | Tiktok | EXCEPTED |
| 92 | EXCEPTED | Tiktok | EXCEPTED |
| 93 | EXCEPTED | Tiktok | EXCEPTED |
| 94 | EXCEPTED | Tiktok | EXCEPTED |
| 95 | EXCEPTED | Tiktok | EXCEPTED |
| 96 | EXCEPTED | Tiktok | EXCEPTED |
| 97 | EXCEPTED | Tiktok | EXCEPTED |
| 98 | EXCEPTED | Tiktok | EXCEPTED |
| 99 | EXCEPTED | Tiktok | EXCEPTED |
| 100 | EXCEPTED | Tiktok | EXCEPTED |
| 101 | EXCEPTED | Tiktok | EXCEPTED |
| 102 | EXCEPTED | Tiktok | EXCEPTED |
| 103 | EXCEPTED | Tiktok | EXCEPTED |
| 104 | EXCEPTED | Tiktok | EXCEPTED |
| 105 | EXCEPTED | Tiktok | EXCEPTED |
| 106 | EXCEPTED | Tiktok | EXCEPTED |
| 107 | EXCEPTED | Tiktok | EXCEPTED |